STATE OF NEW JERSEY v. JAMES L. PAOLINO

September 24, 1970. Petition for Certification denied. (See 110 *N. J. Super.* 284).

AVDEL CORP. v.
ELMER MECURE, IND. AND t/a MECURE CO.

September 24, 1970. Petition for Certification granted.

1211 CORPORATION v. WILLIE MAY WILLIAMS, *ET AL.*

September 24, 1970. Petition for Certification denied.

RICHARD A. BLOM, *ET AL.*, v. LOUIS M. BLEZNAK, *ET AL.*

September 24, 1970. Petition for Certification denied.

UNIVERSAL UNDERWRITERS INSURANCE CO., *ET AL.*, v.
UTICA MUTUAL INSURANCE CO., *ET AL.*

September 24, 1970. Petition for Certification denied.

IN THE MATTER OF THE APPLICATION OF VICTOR GARIBALDI FOR A LICENSE AS A PRACTICING PSYCHOLOGIST

September 24, 1970. Petition for Certification denied.